## WOOD *et al. v.* BELLAMY.

HINES, J.  1. When there is any conflict in the evidence and the verdict directed is not demanded thereby with all reasonable deductions and inferences therefrom, it is error for the trial judge to direct a verdict, however strongly the evidence may preponderate in favor of the party in whose behalf the verdict is directed.  Civil Code (1910), § 5926; *Cen. of Ga. Ry. Co.* v. *Gortatowsky,* 123 Ga. 366 (51 S. E. 469); *Culver* v. *Wood,* 138 *Ga.* 60 (74 S. E. 790).

2. Under the evidence the court erred in directing a verdict for the propounder.                    *Judgment reversed. All the Justices concur.*

No. 3067.  NOVEMBER 15, 1922.

Appeal from probate of will.  Before Judge Mathews.  Bibb superior court.  December 21, 1921.

*Hall, Grice & Bloch, R. L. Berner,* and *E. W. Maynard,* for plaintiffs in error.

*Harris, Harris & Witman, Viola R. Napier,* and *T. S. Felder,* contra.